In The United States District Court
For the Eastern District of VA

Shirley J. Ugbo,
 Plaintiff

V.

The Alliance Legal Group, PLLC
and the Law Offices of Steve C. Taylor

Civil Action
# 2:15CV151

FILED
SEP 20 2016
CLERK, US DISTRICT COURT
NORFOLK, VA

## Motion For Sanction

On September 19, 2016, Plaintiff was emailed a letter from Deborah Collins (Defendants Attorney). Defendants attorney also, emailed Rebecca Kois. According to Angela Farlow, Supervisor at the Clerk's office, this document should not had been sent to Ms. Kois (because it was inappropriate) I was told by Ms Farlow to not to

Contact Ms. Kois.

I request the Court to sanction Ms. Collins for her ongoing inappropriate and unethical behavior. Ms. Collins has decided to involve Court personnel in this matter. This is a pattern for Ms Collins.

I ask the Court to intervene on my behalf.

Dated: September 2016
by Shirley J Ziger, Plaintiff, Pro se

A copy of this document was mailed on September 21, 2016:
The Sullivan Law Group
440 Monticello Avenue
Suite 1810
Norfolk VA 23510